IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRY RODRIGUEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | |
| SPT. SCI-GRATERFORD | : | |
| SCI-HUNTINGTON | : | No. 02-2693 |

**O R D E R**

\_\_\_\_\_AND NOW, this \_\_\_\_\_ day of June, 2002, upon consideration of the Petitioner Harry Rodriguez's Petition for Leave of Court to Dismiss Habeas Petition (Docket No. 3), IT IS HEREBY ORDERED that said Motion is GRANTED.[1]

IT IS FURTHER ORDERED that the instant Action is **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:

_____

HERBERT J. HUTTON, J.

---

[1] The Petitioner requests that the Court allow him to withdraw the instant action so that he may seek permission to file a successive habeas petition. The Court grants the Petitioner's request.